making more precise the issues upon which evidence is to be heard.

*Attorney General McGrath, Solicitor General Perlman, Assistant Attorney General Vanech, Oscar H. Davis, John F. Davis* and *Robert M. Vaughan* for the United States. *Edmund G. Brown,* Attorney General of California, and *Everett W. Mattoon,* Assistant Attorney General, for defendant.

No. 331. FRISBIE, WARDEN, *v.* COLLINS. It is ordered that A. Stewart Kerr, Esquire, of Detroit, Michigan, be appointed to serve as counsel for the respondent in this case.

No. 191, Misc. EKBERG *v.* McGEE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 202, Misc. CASEY *v.* SUPREME COURT OF INDIANA. Motion for leave to file petition for writ of mandamus denied.

No. 208, Misc. HERZKA *v.* NEW YORK. Application denied.

No. 212, Misc. HOWELL *v.* HANN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 379. CASEY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *F. M. Reischling* for petitioners. *Solicitor General Perlman* filed a memorandum for the United States, suggesting remand of the case to the Court of Appeals for further proceedings.